UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VCS GROUP, LLC, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:10-CV-1031 (JCH) |
| v. | : | |
| | : | |
| CARLOS MOLINA, | : | JULY 12, 2010 |
|     Defendant. | : | |

## ORDER

In accordance with this court's ruling on VCS Group, LLC's ("VCS") Motion for Preliminary Injunction (Doc. No. 4), which ruling was made on the record today, it is hereby ORDERED that:

1) Carlos Molina ("Molina") is preliminarily restrained and enjoined from employment with Li & Fung Limited, and its subsidiaries and affiliates, for the period of July 12, 2010, to December 12, 2010.

2) Molina is ordered to return forthwith to VCS any and all trade secret or confidential information (as defined in his letter Agreement of June 5, 2007, with VCS) in his possession, custody, or control.

This preliminary injunction is effective upon the posting, by VCS, of a bond in the amount of $125,000, with the Clerk of Court.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 12th day of July, 2010.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge